United States District Court
Eastern District of New York_____x
Equan Yunus Jr.
      -Plaintiff

Complaint
42 U.S.C. 1983

-Vs-

_____ CV _____

Paul Dawkins, Police Officer - New York City
Police Department; John Doe # 1, Police Officer,
New York City Police Department; John Doe #
2, Police Officer, New York City Police
Department.
      -Defendant_____x

Jury Trial Demanded.

RECEIVED AUG - 5 2016 PRO SE OFFICE

1) Statement of Jurisdiction

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the constitution of the United States. This action is brought pursuant to 42 U.S.C. 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. 1331, 1343(3)(4), and 2201.

2) Parties to this actions

Plaintiff: Equan M. Yunus, Jr.

Address: 249 Kylesprings Lane, Jonesboro, Georgia 30238

Defendant: Paul Dawkins

Official Position: Police Officer

Employment Address: 73rd Precinct, 1470 Thomas Boyland Ave,

(1)

Brooklyn, NY 11212

Defendant: John Doe # 1

Official Position: Police Officer

Employment Address: 73rd Precinct, 1470 Thomas Boyland Ave,

Brooklyn, NY 11212

Defendant is being sued in his individual and official capacities.

Defendant: John Doe # 2

Official Position: Police Officer

Employment Address: 73rd Precinct, 1470 Thomas Boyland Ave,

Brooklyn, NY 11212.

Defendant is being sued in his individual and official capacities.

Previous Lawsuits in State and Federal Courts.

Settlement, personal injury case, kings county supreme court of New York.

## Claim

**Plaintiff Equan Yunus was falsely arrested without probable cause in violation Of his fourth and eighth amendment rights under the U.S. Constitution. See U.S.C.A. CONST. AMEND. IV; VIII.**

(2)

## Facts

1) On Wednesday July 27, 2016 at approximately 10:45 pm, Equan Yunus ("Plaintiff") was leaving his Friend Patrick Samuel's residential building located at 334 Howard Avenue in Brooklyn, New York to retrieve a phone charger. Plaintiff is a college student registered to attend Lagrange College, located in Lagrange, Georgia. Plaintiff was vacationing in New York during the relevant times of the below stated Constitutional violations.

2) While leaving his friend Patrick Samuel's residence Plaintiff was approached by 3 plain clothes New York City Police Detectives, and told to 'stop moving'. Plaintiff complied with the orders of these detectives, as he knew he was not breaking any laws or violations.

3) The detectives after stopping the plaintiff began to pat-frisk the Plaintiff, they found no illegal materials on the Plaintiff. Detective Paul Dawkins accused the Plaintiff of gambling, stating he had seen the Plaintiff gambling in front of the building. This was not true and was in fact a pretext to arrest the Plaintiff. Detective John Doe# 1 produced dice and claimed they belonged to the Plaintiff. Plaintiff stated these dice did not belong to him nor were they found on him. Detective John Doe# 2 told detective Dawkins we need information, to which detective Dawkins ordered Plaintiff and Kareem Barnes arrested.

4) The Plaintiff was processed through Brooklyn's central bookings after being arrested. The Plaintiff was charged with possession of a gambling instrument, N.Y. Penal law

22530. However all charges were dismissed against the Plaintiff as property receipts show Plaintiff was never in possession of any gambling instruments. See Exhibit A, NYPD Property receipts. Plaintiff did not gamble at any time, and did not loiter in front of any residence.

A) The constitutional basis for this claim under 42 U.S.C. 1983: Plaintiff Equan Yunus was falsely arrested without probable cause in violation of his fourth and eighth amendment rights under the U.S.Constitution. See U.S.C.A. Const. Amend. IV; VIII.

B) The relief I am seeking for this first claim is: $500,000 in compensatory and $500,000 in punitive damages for false arrest, emotional and psychological suffering the Plaintiff suffered.

C) Plaintiff requests trial by jury.

Exhibits: NYPD property invoice receipts given to the Plaintiff.

(Sworn) I do declare under penalty of perjury the foregoing is true and correct. 28 U.S.C. 1746.

Dated: August 2, 2016

Respectfully Submitted,

X_____

Equan Yunus, Jr., Pro Se

Sworn to before me this ___ day of _____ 2016

_____
Notary Public

EVA MARTE
NOTARY PUBLIC, State of New York
No. 01MA6149623
Qualified in Kings County
Commission Expires July 17, 2018

(4)

**Certificate of Service**

Yunus v. Dawkins, et al.,
_____ CV_____
E.D.N.Y.


I Equan Yunus do declare under penalty of perjury the following:

That on the __2__ day of __August__, 2016 I did in fact mail one (1) Complaint w/ exhibits by U.S. Mail, U.S. Postal Service to the following Party:

Clerk,
U.S. District Court, Eastern District of New York
225 Cadman Plaza,
Brooklyn, NY 11201

(Sworn) I do declare under penalty of perjury the foregoing is true and correct. 28 U.S.C. 1746.

Dated: August 2, 2016

Respectfully Submitted,

X _____

Equan Yunus, Jr., Pro Se

Sworn-to before me this
__2__ day of __August__ 2016

_____
Notary Public

EVA MARTE
NOTARY PUBLIC, State of New York
No. 01MA6149623
Qualified in Kings County
Commission Expires July 17, 2018

 

**NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)

Invoice No. **3000696230**

| Invoicing Command | | | | | Invoice Status |
|---|---|---|---|---|---|
| **73RD PCT.** | | | | | **OPEN** |
| Invoice Date | Property Type | | | | Property Category |
| **07/27/2016** | **JEWELRY** | | | | **SAFEKEEPING** |

| Officers | Rank | Name | Tax No. | Command | |
|---|---|---|---|---|---|
| Invoicing | | | 953803 | 73RD PRECINCT | OCME. EU No. |
| Arresting | | | 953803 | 73RD PRECINCT | OCME. FB No. |
| Investigating | | | | | Police Lab Evid. Ctrl. No. |
| Det Squad Supervisor | | | | | Det Sqd. Case No.  N/A |
| CSU/ECT Processing | | | | | CSU/ECT Run No.  N/A |

| Item | Total QTY | Article(s) | PETS No. | Pkg. QTY | Disposition |
|---|---|---|---|---|---|
| 1 | 1 | NECKLACES | 1100173374 | 1 | |
| | | COLOR: YELLOW METAL LEAD SEAL NO.: 728911 | | | |
| 2 | 1 | PENDANTS | 1100173374 | 1 | |
| | | COLOR: YELLOW METAL LEAD SEAL NO.: 728911 | | | |
| 3 | 1 | OTHER JEWELRY | 1100173374 | 1 | |
| | | COLOR: YELLOW METAL LEAD SEAL NO.: 728911 | | | |

**REMARKS:**
953803 07/27/2016 11:54 : INVOICE # 3000696230
TAX # 953803
OFFICER NAME DAWKINS PAUL
CATEGORY SAFEKEEPING
PROPERTY TYPE JEWELRY
ITEM # 3

| Date Of Incident | Penal Code/Description | Crime Classification | Related To | Receipt |
|---|---|---|---|---|
| 07/26/2016 | 22530/POSS GAMBLING DEVICE | VIOLATION | N/A | **ACCEPTED** |

| Prisoner(s) Name | D.O.B | Age | Address | Arrest No./Summons No. | NYSID No. |
|---|---|---|---|---|---|
| 1  YUNUS, EQUAN | 01/30/1996 | 20 | 324 HOWARD AVENUE, BROOKLYN, NY- 11212 | K16653733 | 13574868Z |

| Complaint No. | 2016-073-06777 |
|---|---|
| Related Comp No.(s) | N/A |
| Aided/Accident No.(s) | N/A |
| Related Invoice(s) | N/A |


Invoice No. **3000696230**

Prisoner / Finder / Owner Copy
printed: 07/27/2016 11:56

PCD Storage No. --

Page No. 1 of 4




**NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)

Invoice No. **3000696230**

| | |
|---|---|
| Invoicing Command | Invoice Status |
| **73RD PCT.** | **OPEN** |
| Invoice Date | Property Type | Property Category |
| **07/27/2016** | **JEWELRY** | **SAFEKEEPING** |

| Officers | Rank | Name | Tax No. | Command | |
|---|---|---|---|---|---|
| Invoicing | | | 953803 | 73RD PRECINCT | OCME. EU No. |
| Arresting | | | 953803 | 73RD PRECINCT | OCME. FB No. |
| Investigating | | | | | Police Lab Evid. Ctrl. No. |
| Det Squad Supervisor | | | | | Det Sqd. Case No.  N/A |
| CSU/ECT Processing | | | | | CSU/ECT Run No.  N/A |

| Item | Total QTY | Article(s) | PETS No. | Pkg. QTY | Disposition |
|---|---|---|---|---|---|
| 1 | 1 | NECKLACES | 1100173374 | 1 | |
| | | COLOR: YELLOW METAL LEAD SEAL NO.: 728911 | | | |
| 2 | 1 | PENDANTS | 1100173374 | 1 | |
| | | COLOR: YELLOW METAL LEAD SEAL NO.: 728911 | | | |
| 3 | 1 | OTHER JEWELRY | 1100173374 | 1 | |
| | | COLOR: YELLOW METAL LEAD SEAL NO.: 728911 | | | |

**REMARKS:**
953803 07/27/2016 11:54 : INVOICE # 3000696230
TAX # 953803
OFFICER NAME DAWKINS PAUL
CATEGORY SAFEKEEPING
PROPERTY TYPE JEWELRY
ITEM # 3

| Date Of Incident | Penal Code/Description | Crime Classification | Related To | Receipt |
|---|---|---|---|---|
| 07/26/2016 | 22530/POSS GAMBLING DEVICE | VIOLATION | N/A | ACCEPTED |

| | Prisoner(s) Name | D.O.B | Age | Address | Arrest No./Summons No. | NYSID No. |
|---|---|---|---|---|---|---|
| 1 | YUNUS, EQUAN | 01/30/1996 | 20 | 324 HOWARD AVENUE, BROOKLYN, NY- 11212 | K16653733 | 135748682 |

| | |
|---|---|
| Complaint No. | 2016-073-06777 |
| Related Comp No.(s) | N/A |
| Aided/Accident No.(s) | N/A |
| Related Invoice(s) | N/A |



Invoice No. **3000696230**

**Prisoner / Finder / Owner Copy**
printed: 07/27/2016 11:56

PCD Storage No. --

Page No. 1 of 4